390 A.2d 304

Donovan v. School District of Philadelphia, Appellant.

Argued March 20, 1978. Martin Horowitz, for appellant; Edwin B. Barnett, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.